IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

James Samuel Teal

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

State of South Carolina
S.C Dep't of Transportation &
Dep't of Public Safety

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. ___3:21-cv-04034-MGL-PJG___
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

RECEIVED
USDC CLERK, COLUMBIA, SC
2021 DEC 14 PM 12:41

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | James Teal |
   | Street Address | 2832 Tee Pee Trail |
   | City and County | Elgin   Kershaw |
   | State and Zip Code | South Carolina   29045 |
   | Telephone Number | (803) 457-5820 |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | State of South Carolina, Kershaw |
   | Job or Title (if known) | Magistrate Court |
   | Street Address | 1121 Broad Street |
   | City and County | Camden, S.C   Kershaw |
   | State and Zip Code | South Carolina   29020 |
   | Telephone Number | (803) 425-2225 |

   Defendant No. 2

   | | |
   |---|---|
   | Name | South Carolina Dep't of Transportation |
   | Job or Title (if known) | Director, C.T. Hammond |
   | Street Address | 1056 Ehrenclou Dr. |
   | City and County | Camden   Kershaw |
   | State and Zip Code | South Carolina   29020 |
   | Telephone Number | (803) 432-4340 |

   Defendant No. 3

   | | |
   |---|---|
   | Name | South Carolina Dep't of Public Safety |

2

|  |  |
|---|---|
| Job or Title (if known) | Director |
| Street Address | 10311 Wilson Blvd. |
| City and County | Blythewood    Richland |
| State and Zip Code | South Carolina   29016 |
| Telephone Number | (803) 896-7920 |

Defendant No. 4

|  |  |
|---|---|
| Name | ~~None~~ |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

**II.    Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒  Federal question           ☐  Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

USC Title 28, Rule 38(a) and 6th Amendment to the Constitution

3


V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12-14, 2021

Signature of Plaintiff: James Teal
Printed Name of Plaintiff: James Teal

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Address  _____
Telephone Number  _____
E-mail Address  _____

6